JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIAN LEE DAHLEM, an individual, doing business as "B.L.D. Construction" and "B L D Construction", <br><br> Defendant, | CASE NO.: CV 09-5193 JFW (FMOx) <br><br> **JUDGMENT** |

1

234151.1

Judgment

This action having been commenced on July 16, 2009, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., and against defendant Brian Lee Dahlem, an individual, doing business as "B.L.D. Construction" and "B L D Construction", and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund and Trustees of the International Training Fund shall recover from defendant Brian Lee Dahlem, an individual, doing business as "B.L.D. Construction" and "B L D Construction", the principal amount of $8,778.80, together with post-judgment interest calculated at 8% per annum.

DATED: August 13, 2009

_____
UNITED STATES DISTRICT JUDGE

2

Judgment

234151.1